UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-20964-CIV-MORENO**

YANET DUHARTE,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **April 9, 2008**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 16)** on **January 22, 2009**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 16)** on **January 22, 2009** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Petitioner's objections are OVERRULED and the Petition for Habeas Corpus is DENIED.  This case is CLOSED and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of February, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record